UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MILTON BARTHOLOMEW,

    Plaintiff,

  v.

GENERAL ELECTRIC COMPANY, et al.,

    Defendants.
_____/

Case No. C-05-04947 EDL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: December 5, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge