ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON BARTHOLOMEW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>　　　　Defendants | Case No. 3:05-cv-04947-MMC<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Milton Bartholomew v. General Electric Company, et al.*, United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-62921-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE;
ORDER, Case No. 3:05-cv-04947-MMC

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| 6 | | DAVID R. DONADIO, ESQ., CA S.B. #154436<br>Email: DDonadio@braytonlaw.com<br>Tel: (415) 898-1555<br>Fax: (415) 898-1247 |
| 7 | | Attorneys for Plaintiff |

Dated: 9/21/12

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: _____
DEREK S. JOHNSON
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: September 24, 2012        SO ORDERED:

_____
United States District Court Judge

2
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:05-cv-04947-MMC